THOMAS H. BARNES ET AL., APPELLEES, V. EARL C. BARKER, APPELLANT.

FILED OCTOBER 11, 1929. No. 26781.

*R. O. Reddish* and *Kinsinger & Ogden,* for appellant.

*Lee Basye* and *T. F. Neighbors, contra.*

Heard before GOSS, C. J., DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ., and REDICK, District Judge.

PER CURIAM.

This is an action upon a contract for the sale of real estate whereby plaintiffs seek a foreclosure of the contract as a mortgage. Defendant prayed for specific performance and for damages occasioned by the breach thereof. From

the judgment of the district court of Box Butte county defendant Earl C. Barker has appealed and plaintiffs have prosecuted a cross-appeal.

We have carefully considered the alleged errors assigned both on the appeal and the cross-appeal. We find the record to be free from prejudicial error. The judgment of the district court is, therefore,

AFFIRMED.